```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND SCHEME LITIGATION

This document relates to: 18-cv-10100

MASTER DOCKET

18-md-2865 (LAK)

## PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL

Plaintiff SKAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notifies the Court that SKAT voluntarily dismisses without prejudice Counts I (Fraud), II (Aiding and Abetting Fraud), and VI (Negligent Misrepresentation) against Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III. The Defendants have not answered, moved, or otherwise responded to the Complaint. Therefore, SKAT's dismissal of Counts I, II, and VI is permitted by Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court Order. SKAT's dismissal is not intended to and does not affect any of the other claims asserted in the Complaint or any of its claims against other defendants in this multi-district litigation.

Dated: New York, New York
       November 20, 2018

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
    Sarah L. Cave
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726

*Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ 11/24/18