**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF MOTION AND MOTION**
**FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Sarah L. Cave, a partner with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Brittany Gigliotti is no longer associated with the law firm Conrad O'Brien PC, Pennsylvania counsel for Plaintiff Skatteforvaltningen.  Patricia M. Hamill, a partner with the law firm Conrad O'Brien PC, will continue to serve as Pennsylvania counsel for Plaintiff Skatteforvaltningen.  Accordingly, I hereby request that Ms. Gigliotti's name and email address be removed from the official docket of this multi-district litigation and the specific action referenced above.

*[Remainder of page intentionally left blank]*

Dated: New York, New York
July 23, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge