**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-05374; 1:18-cv-08655; 1:18-cv-05053; 1:18-cv-09797; 1:18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING**
**TIME TO ANSWER COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the deadlines to answer or otherwise respond to the counterclaims asserted in the answers filed by Third-Party Defendant, ED&F Man Capital Markets Ltd., on March 2, 2020 (D.E. 280, 281, 282, and 283) (the "Counterclaims") are extended by one week up to and including March 30, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and Third-Party Plaintiffs expressly reserve, all defenses.

This is the parties' first request to extend the deadline to answer or otherwise respond to the Counterclaims.

Dated: New York, New York
        March 20, 2020

By: /s/ Eric Smith
    Bryan C. Skarlatos
    Eric Smith
KOSTELANETZ & FINK LLP
7 World Trade Center
250 Greenwich Street

By: /s/ Brian Fraser
    (e-signed with consent)
    Brian S. Fraser
    Kristen G. Niven
AKERMAN LLP
666 Fifth Avenue, 20th Floor

New York, NY  10007  
Telephone: (212) 808-8100  
bskarlatos@kflaw.com  
esmith@kflaw.com  

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants Del Mar Asset Management Savings and Retirement Plan, Federated Logistics LLC 401(K) Plan, and David Freelove*

New York, NY  10103  
Telephone: (212) 880-3800  
Fax: (212) 905-6458  
brian.fraser@akerman.com  
kristen.niven@akerman.com  

*Counsel for Third-Party Defendant and Counterclaim Plaintiff ED&F Man Capital Markets, Ltd.*

By: /s/ John Blessington  
   (e-signed with consent)  
   John Blessington  
   Brandon Dillman  
K&L GATES LLP  
State Street Financial Center  
One Lincoln Street  
Boston, MA  02111  
Telephone: (617) 261-3100  
John.blessington@klgates.com  
Brandon.dillman@klgates.com  

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates Defined Benefit Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Stacey Kaminer, Joan Schulman, and David Schulman*

By: /s/ Marty Kaplan  
   (e-signed with consent)  
   Martin H. Kaplan  
   Kari Parks  
GUSRAE, KAPLAN, NUSBAUM, PLLC  
120 Wall Street  
New York, NY  10005  
Telephone: (212) 269-1400  
mkaplan@gusraekaplan.com

  kparks@gusraekaplan.com

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants, The Goldstein Law Group PC 401(K) Profit Sharing Plan and Sheldon Goldstein*

By: /s/ John Blessington
    (e-signed with consent)
    John Blessington
    Brandon Dillman
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Telephone: (617) 261-3100
John.blessington@klgates.com
Brandon.dillman@klgates.com

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants, Newsong Fellowship Church 401(K) Plan and Alexander Jamie Mitchell III*


SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

3