UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-05374-LAK; 1:18-cv-08655-LAK;
1:18-cv-09797-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

## STIPULATION AND [PROPOSED] ORDER
## GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval of the court, Third-Party Defendant ED&F Man Capital Markets, Ltd. ("ED&F Man") substitutes the law firm of Binder & Schwartz LLP and its attorneys Neil S. Binder, Wendy H. Schwartz, M. Tomas Murphy and Gregory C. Pruden as counsel of record in place of the law firm Akerman LLP and its attorneys Brian S. Fraser and Kristen G. Niven. Contact information for new counsel is as follows:

Neil S. Binder
BINDER & SCHWARTZ, LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: (212) 510-7031
Fax: (212) 510-7229
nbinder@binderschwartz.com

I consent to the above substitution.

Date: _1st APRIL 2020_

_Christopher [signature]_
Christopher Smith, Director
ED&F Man Capital Markets Limited

We consent to being substituted.

Date: _April 2, 2020_   /s/ Brian S. Fraser
                                       Brian S. Fraser
                                       Kristen G. Niven
                                       AKERMAN LLP
                                       666 Fifth Avenue, 20th Floor
                                       New York, New York 10103
                                       Tel: (212) 880-3800
                                       Fax: (212) 880-8965
                                       brian.fraser@akerman.com
                                       kristen.niven@akerman.com

We consent to the above substitution.

Date: _4/2/2020_   /s/ (signature)
                                       Neil S. Binder
                                       Wendy H. Schwartz
                                       M. Tomas Murphy
                                       Gregory C. Pruden
                                       BINDER & SCHWARTZ LLP
                                       366 Madison Avenue, Sixth Floor
                                       New York, New York 10017
                                       Tel: (212) 510-7008
                                       Fax: (212) 510-7229
                                       nbinder@binderschwartz.com
                                       wschwartz@binderschwartz.com
                                       tmurphy@binderschwartz.com
                                       gpruden@binderschwartz.com

The substitution of counsel is hereby approved and is SO ORDERED.

Date: _____   _____
                                       HON. LEWIS A. KAPLAN, U.S.D.J.