**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-05374-LAK; 1:18-cv-08655-LAK;
1:18-cv-09797-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

**STIPULATION AND [PROPOSED] ORDER**
**GRANTING SUBSTITUTION OF COUNSEL**

Notice is hereby given that, subject to approval of the court, Third-Party Defendant

ED&F Man Capital Markets, Ltd. ("ED&F Man") substitutes the law firm of Binder & Schwartz

LLP and its attorneys Neil S. Binder, Wendy H. Schwartz, M. Tomas Murphy and Gregory C.

Pruden as counsel of record in place of the law firm Akerman LLP and its attorneys Brian S.

Fraser and Kristen G. Niven.  Contact information for new counsel is as follows:

Neil S. Binder
BINDER & SCHWARTZ, LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: (212) 510-7031
Fax: (212) 510-7229
nbinder@binderschwartz.com

I consent to the above substitution.

Date:    1st APRIL 2020

Christopher Smith, Director
ED&F Man Capital Markets Limited

Case 1:18-md-02865-LAK   Document 306   Filed 04/02/20   Page 2 of 2

We consent to being substituted.

Date:     April 2, 2020                              /s/ Brian S. Fraser

                                                    Brian S. Fraser
                                                    Kristen G. Niven
                                                    AKERMAN LLP
                                                    666 Fifth Avenue, 20th Floor
                                                    New York, New York 10103
                                                    Tel: (212) 880-3800
                                                    Fax: (212) 880-8965
                                                    brian.fraser@akerman.com
                                                    kristen.niven@akerman.com

We consent to the above substitution.

Date:   4/2/2020

                                                    Neil S. Binder
                                                    Wendy H. Schwartz
                                                    M. Tomas Murphy
                                                    Gregory C. Pruden
                                                    BINDER & SCHWARTZ LLP
                                                    366 Madison Avenue, Sixth Floor
                                                    New York, New York 10017
                                                    Tel: (212) 510-7008
                                                    Fax: (212) 510-7229
                                                    nbinder@binderschwartz.com
                                                    wschwartz@binderschwartz.com
                                                    tmurphy@binderschwartz.com
                                                    gpruden@binderschwartz.com

The substitution of counsel is hereby approved and is SO ORDERED.

Date:   4/3/2020

                                                    HON. LEWIS A. KAPLAN, U.S.D.J.