**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
LITIGATION

Master Docket 18-md-02865 (LAK)

This document relates to:    18-cv-05053,
18-cv-05374, 18-cv-08655, 18-cv-09797,
18-cv-10100

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
ANSWER OR RESPOND TO ED&F MAN CAPITAL MARKET LTD.'S
AMENDED COUNTERCLAIMS**

WHEREAS, Third-Party Plaintiffs DW Construction, Inc. Retirement Plan, Kamco

Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates

Defined Benefit Plan, Moira Associates LLC 401(k) Plan, Riverside Associates Defined Benefit

Plan, American Investment Group of New York, L.P. Pension Plan, Stacey Kaminer, David

Schulman, Joan Schulman, Del Mar Asset Management Savings and Retirement Plan, Federated

Logistics LLC 401(k) Plan, David Freelove, Newsong Fellowship Church 401(k) Plan,

Alexander Jamie Mitchell III, The Goldstein Law Group PC 401(k) Profit Sharing Plan, and

Sheldon Goldstein (collectively, the "Third-Party Plaintiffs") filed Third-Party Complaints

against ED&F Man Capital Markets, Ltd. ("ED&F") in the above-listed actions;

WHEREAS, ED&F filed an Answer and Counterclaim in each of the above-listed actions

on March 2, 2020;

WHEREAS, three groups of Third-Party Plaintiffs each filed a Motion to Dismiss

ED&F's Counterclaims (together, the "Motions to Dismiss") on March 30, 2020;

WHEREAS, ED&F filed Amended Counterclaims in each of the above-listed actions on April 20, 2020; and

WHEREAS, the Motions to Dismiss were rendered moot by the filing of the Amended Counterclaims, without prejudice to the Third-Party Plaintiffs' rights to file motions to dismiss the Amended Counterclaims.

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-Party Plaintiffs, that:

1.      The Third-Party Plaintiffs' current May 4, 2020 deadline to answer or otherwise respond to the Amended Counterclaims (Doc. Nos. 323, 324, 325, and 326) shall be extended by fourteen (14) days up to and including Monday, May 18, 2020;

2.      ED&F's deadline to respond to any motion to dismiss the Amended Counterclaims that may be filed by the Third-Party Plaintiffs shall be Tuesday, June 9, 2020.  If more than one such motion to dismiss the Amended Counterclaims is filed by the Third-Party Plaintiffs, ED&F may respond to such motions in a single omnibus memorandum, not to exceed fifty (50) pages in length; and

3.      The Third-Party Plaintiffs' deadline to file reply memoranda to ED&F's response shall be Tuesday, June 23, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F and the Third-Party Plaintiffs expressly reserve, all defenses.

This is the parties' first request to modify the time for answering or responding to the Amended Counterclaims.

Dated: April 29, 2020

By: /s / *M. Tomas Murphy*
    Neil S. Binder
    M. Tomas Murphy
    Binder & Schwartz LLP
    366 Madison Avenue, 6th Floor
    New York, NY 10017
    (212) 510-7031
    nbinder@binderschwartz.com
    tmurphy@binderschwartz.com

    *On behalf of Third-Party Defendant /*
    *Third-Party Counter Claimant ED&F*
    *Man Capital Markets, Ltd.*

By: /s / *Eric Smith*
    Bryan C. Skarlatos
    Eric Smith
    Kostelanetz & Fink LLP
    7 World Trade Center
    250 Greenwich Street
    New York, New York 10007
    (212) 808-8100
    bskarlatos@kflaw.com
    esmith@kflaw.com

    *On behalf of Third-Party Plaintiffs /*
    *Third-Party Counterclaim Defendants*
    *Del Mar Asset Management Savings and*
    *Retirement Plan, Federated Logistics*
    *LLC 401(K) Plan, and David Freelove*

By: /s / *Kari Parks*
    Martin H. Kaplan
    Kari Parks
    Gusrae Kaplan Nusbaum PLLC
    120 Wall Street
    New York, New York 10005
    (212) 269-1400
    mkaplan@gusraekaplan.com
    kparks@gusraekaplan.com

    *On behalf of Third-Party Plaintiffs /*
    *Third-Party Counterclaim Defendants*
    *The Goldstein Law Group PC 401(K)*
    *Profit Sharing Plan and Sheldon*
    *Goldstein*

By: /s / *Brandon R. Dillman*
    John C. Blessington (*pro hac vice*)
    Brandon R. Dillman (*pro hac vice*)
    K&L Gates LLP
    One Lincoln Street
    Boston, MA 02111
    (617) 261-3100
    john.blessington@klgates.com
    brandon.dillman@klgates.com

    *On behalf of Third-Party Plaintiffs /*
    *Third-Party Counterclaim Defendants*
    *DW Construction, Inc. Retirement Plan,*
    *Kamco Investments, Inc. Pension Plan,*
    *Kamco LP Profit Sharing Pension Plan,*
    *Moira Associates LLC 401(k) Plan,*
    *Linden Associates Defined Benefit Plan,*
    *Riverside Associates Defined Benefit*
    *Plan, American Investment Group of*
    *New York, L.P. Pension Plan, Stacey*
    *Kaminer, Joan Schulman, David*
    *Schulman, Newsong Fellowship Church*
    *401(k) Plan, and Alexander Jamie*
    *Mitchell III*

3

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge