UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:     18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES RELATED TO THIRD-PARTY DEFENDANT
ED&F MAN CAPITAL MARKETS, LTD.'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiffs Darren Wittwer, Robert Crema, and Acer Investment Group, LLC (the "Third-Party Plaintiffs") and Third-Party Defendant ED&F Man Capital Markets, Ltd. ("Third-Party Defendant" and with the "Third-Party Plaintiffs," the "Parties") that:

1. The Third-Party Plaintiffs shall respond to the Third-Party Defendant's Motions to Dismiss [Doc. Nos. 573 & 575] on or before May 21, 2021,

2. The Third-Party Defendant shall file any reply memoranda of law on or before June 15, 2021.

This is the Parties' second request to modify the time for motion practice related to the Third-Party Plaintiffs' claims against the Third-Party Defendant. On February 18, 2021, this Court granted the Parties' first request to extend the time for answers or motion practice in response the Third-Party Plaintiffs' third-party complaints. [Doc. No. 537].

-2-

Dated: May 12, 2021

| | |
|---|---|
| By: */s/ Neil S. Binder* <br> Neil S. Binder <br> Binder & Schwartz LLP <br> 366 Madison Avenue, 6th Floor <br> New York, NY 10017 <br> Telephone: 212-510-7031 <br> Facsimile: 212-510-7299 <br> nbinder@binderschwartz.com <br><br> *On behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.* | By: */s/ John C. Blessington* <br> John C. Blessington <br> K&L Gates LLP <br> One Lincoln Street <br> State Street Financial Center <br> One Lincoln Street <br> Boston, MA  02111 <br> T: 617.261.3100 <br> john.blessington@klgates.com <br><br> *On behalf of Darren Wittwer, Robert Crema, and Acer Investment Group, LLC* |

SO ORDERED:

_____

Hon. Lewis A. Kaplan

United States District Judge